HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
MEGAN T. HOPKINS, CA SBN #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
JOSEPH BROWN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>JOSEPH BROWN,<br><br>  Defendant. | Case No. 5:15-cr-00008 JLT<br><br>JOINT MOTION TO VACATE EVIDENTIARY HEARING AND SET FOR CHANGE OF PLEA AND SENTENCING HEARING; [PROPOSED] ORDER<br><br>Date:  March 1, 2016<br>Time: 9:00 a.m.<br>Judge: Hon. Jennifer L. Thurston |
|---|---|

The parties, through their respective counsel, MEGAN T. HOPKINS, Assistant Federal Defender, counsel for defendant, JOSEPH BROWN, and JORGE R. MARTINEZ, Special Assistant United States Attorney, counsel for plaintiff, hereby move to vacate the evidentiary hearing currently set for February 29, 2016, at 10:00 a.m. and to set the matter for a change of plea and sentencing hearing on March 1, 2016 at 9:00 a.m.

The parties have reached an agreement and are in the process of executing a written plea agreement.  Once executed, the agreement will be filed with the court.  It has been determined that, in light of the agreement reached by the parties, the evidentiary hearing will no longer be necessary.  Mr. Brown is prepared to change his plea on March 1, 2016.

/ / /

/ / /

/ / /

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: February 10, 2016        /s/ *Jorge R. Martinez*
JORGE R. MARTINEZ
Special Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: February 10, 2016        /s/ *Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant
JOSEPH BROWN

**O R D E R**

Pursuant to the joint motion of the parties to vacate the status conference hearing and set the matter for a change of plea, it is hereby ordered that the evidentiary hearing currently set for February 29, 2016, at 10:00 a.m., is vacated and the matter is set for a change of plea and sentencing hearing on March 1, 2016 at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **February 10, 2016**              /s/ Jennifer L. Thurston
                                            UNITED STATES MAGISTRATE JUDGE