BENJAMIN B. WAGNER
United States Attorney
JORGE R. MARTINEZ
Special Assistant U.S. Attorney
1 South Rosamond Blvd.
Edwards AFB, CA 93524
Phone: (661) 277-4310
Fax: (661) 277-2887

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH BROWN,<br><br>Defendant. | No. 5:15-cr-0008-JLT<br><br>PLEA AGREEMENT |

Pursuant to Rule 11(c) of the Federal Rules of Criminal Procedure, the United States of America, by and through Benjamin B. Wagner, the United States Attorney for the Eastern District of California, and Special Assistant United States Attorney Jorge R. Martinez, and Defendant Joseph Brown and his attorney Megan T. Hopkins, have agreed as follows:

Defendant, Joseph Brown, will plead guilty to Counts 2, 3, and 4 of the Information, dated September 4, 2015, and be sentenced to 3 years of unsupervised probation, 14 days confinement *suspended for the period of probation*, and to pay a fine of $1,250.00. With this agreement, the Government agrees to dismiss Count 1 of the Information, as well as waive any mandatory appearance requirement and consider this matter settled.

**I. Agreements by the Defendant.**

A. The Defendant agrees that this Plea Agreement shall be filed with the Court and become a part of the record of the case.

1    B. The Defendant agrees to enter a plea of guilty to Counts Two, Three, and Four of the
2 Information, dated September 4, 2015.
3    C. The Defendant acknowledges that his plea of guilty is voluntary and that no force,
4 threats, promises, or representations have been made to anybody, nor agreement reached, other
5 than those set forth expressly in this Plea Agreement, to induce the Defendant to plead guilty.
6    D. Defendant agrees to pay a one thousand, two hundred and fifty dollar ($1,250.00) fine,
7 inclusive of all penalty assessments, serve a custodial sentence of fourteen (14) days which will
8 be *suspended for the period of probation*, and serve a term of thirty-six (36) months of
9 unsupervised probation, with conditions to include: paying any fine ordered by the court and the
10 mandatory condition to obey all laws. The term "obey all laws" as used herein means all federal,
11 state and local laws. An offense that can be charged only as an infraction will not be considered a
12 "violation of the law" within the meaning of this agreement.
13   E. Should the Defendant not be a citizen of the United States, the Defendant hereby
14 acknowledges that adverse immigration consequences, including but not limited to removal from
15 the United States, exclusion from admission into the United States, and/or denial of naturalization
16 in the United States, may result from his plea.
17   F. The Defendant acknowledges that this agreement has no bearing on any potential
18 administrative action that the Defendant's employer seeks to pursue.
19   **II. Agreements by the Government.**
20   A. With respect to Counts Two, Three, and Four of the Information, dated September 4,
21 2015, the Government agrees to recommend the sentence set forth above.
22   B. The Government agrees to dismiss Count One, in the interest of justice.
23   C. The Government agrees to waive any mandatory appearance requirement for the
24 Defendant upon execution of this agreement.
25   **III. Nature, Elements, and Possible Defenses.**
26   The Defendant has read the charges against him contained in the Information, and those
27 charges have been fully explained to him by his attorney. Further, the Defendant fully
28 understands the nature and elements of the crime in the information to which he is pleading

1 guilty, together with the possible defenses thereto, and has discussed them with his attorney.

2 **IV. Factual Basis.**

3 The Defendant concedes that he will plead, and is pleading, guilty to the crimes set forth in Counts Two, Three, and Four of the Information, because he is, in fact, guilty of those offenses. The Defendant also agrees that the following are the true and correct facts of this case: on March 13, 2015, at or near Edwards Air Force Base, in the State and Eastern District of California, and in the special maritime and territorial jurisdiction of the United States, the Defendant, Joseph Brown, did engage in lewd conduct in a public place, and subsequently operated a motor vehicle in an attempt to evade police contact. Joseph Brown did also drive his vehicle upon a highway in willful disregard for the safety of others.

**V. Waiver of Rights.**

The Defendant understands that by pleading guilty he surrenders certain rights, including the following:

A. If the Defendant persisted in a plea of not guilty to the charges against him, he would have the right to a public and speedy trial by a jury.

B. The jury would find the facts and determine, after hearing all the evidence, whether or not the jury was persuaded of the Defendant's guilt beyond a reasonable doubt.

C. At a trial, the Government would be required to present its witnesses and other evidence against the Defendant, and prove each element of the charge against the Defendant beyond a reasonable doubt. The Defendant would be able to confront those Government witnesses and his attorney would be able to cross-examine them. In turn, the Defendant could present witnesses and other evidence on his own behalf. If the witnesses for the Defendant would not appear voluntarily, he could require their attendance through the subpoena power of the Court. At trial, the Defendant would also have the right to assistance of legal counsel. If he could not afford legal counsel, an attorney would be appointed for him by the Court at no expense to him.

D. At a trial, the Defendant would have a privilege against self-incrimination so that he could decline to testify, and no inference of guilt could be drawn from this refusal to testify. The

Defendant understands that by pleading guilty he is waiving all of the rights set forth above, and acknowledges that his attorney has explained to him those rights and the consequences of his waiver of those rights.

**VI. Entire Agreement.**

This plea of guilty is freely and voluntarily made and is not the result of force or threats, or of any promises apart from those specifically set forth in this Plea Agreement. This written agreement sets forth all of the terms of the agreement and is enforceable only as to the terms set forth herein.

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: 19 February 2016

JORGE R. MARTINEZ
Special Assistant U.S. Attorney

DATED: 2-18-16

MEGAN T. HOPKINS
Assistant Federal Defender
Counsel for Defendant

DATED: 2-16-2016

JOSEPH BROWN
Defendant

4

## ORDER

The Court accepts the plea agreement, finds a sufficient factual basis for the plea, and finds Defendant, Joseph Brown, guilty of violating California Vehicle Code § 2800.1, assimilated under 18 U.S.C. § 13; California Vehicle Code § 23103, assimilated under 18 U.S.C. § 13; and California Penal Code § 647(a), assimilated under 18 U.S.C. § 13. The Court sentences Mr. Brown to 36 months of unsupervised probation, 14 days confinement suspended for the period of probation, and to pay a fine of $1,250.00. Count 1 of the Information, dated September 4, 2015, is hereby dismissed, in the interest of justice. No further appearances are required. IT IS SO ORDERED.

DATED:   2/19/16

*Jennifer L. Thurston*

HON. JENNIFER L. THURSTON
United States Magistrate Judge